# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER ABRAHAM PINEDA MONCADA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, MESA VERDE ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 1:26-cv-08214-JLT-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE TRANSCRIPT AND/OR RECORDING OF BOND HEARING |

The Court finds that an official transcript and/or recording of Petitioner's bond hearing will assist the Court in this matter.

Accordingly, within **SEVEN (7) days** of the date of service of this order, Respondents SHALL FILE a transcript and/or recording of the bond hearing.

IT IS SO ORDERED.

Dated: **November 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge